# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**JEREMY LEON STOCKTON** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER:  **CR 08-00291-001**<br>Formerly Docket No. P-04-CR-252 (01)<br>USM NUMBER:   **#49583-180** |
| **THE DEFENDANT:** | _____Fred Tiemann_____<br>**Defendant's Attorney** |

(X)   admitted guilt to violation of supervision condition(s):   Conditions # 1 and 6, Mandatory Condition and Special Conditon

( )   was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Condition #1 | Technical | |
| Condition #6 | Technical | |
| Mandatory Condition | New Offense | 8/6/08 |
| Special Condition | Technical | |

**The defendant is sentenced as provided in pages 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| **Defendant's Mailing Address:**<br> 23270 County Road 64<br> Robertsdale, Alabama  36567 | January 26, 2009<br>Date of Imposition of Judgment<br><br>s/Kristi K. DuBose<br>UNITED STATES DISTRICT JUDGE<br><br>February 19, 2009<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **JEREMY LEON STOCKTON**
Case Number: **CR 08-00291-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of  **TWENTY-ONE (21) MONTHS**.

(X) The court makes the following recommendations to the Bureau of Prisons:
**The Court orders that the offender be tested for bi-polar disorder and receive mental health treatment, both, while incarcerated.**

(X) The defendant is remanded to the custody of the United States Marshal.

( ) The defendant shall surrender to the United States Marshal for this district:
  ( ) at ___ .m. on ___.
  ( ) as notified by the United States Marshal.

( ) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ( ) before 2 p.m. on ___.
  ( ) as notified by the United States Marshal.
  ( ) as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

  UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal